UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XOCHI QUETZAL HAENA FLORES, | CASE NO. C19-520-RAJ |
| Plaintiff, | |
| v. | ORDER |
| UTAH DEPARTMENT OF PUBLIC SAFETY, | |
| Defendant. | |

Plaintiff, who is proceeding *pro se*, filed a Proposed Complaint on April 8, 2019. Dkt. # 1. Plaintiff did not pay the filing fee or file an application to proceed *in forma pauperis* ("IFP"). *See* Dkt. ## 1, 3. The Clerk of Court instructed Plaintiff to pay the filing fee or file an application for IFP status by May 9, 2019. Dkt. # 3. The Clerk also sent Plaintiff an IFP form via U.S. Mail. *Id.* As of the date of this Order, Plaintiff has failed to pay the filing fee or submit an IFP application form.

The Court **ORDERS** Plaintiff to submit an application to proceed IFP or pay the filing fee by **July 12, 2019**. If Plaintiff fails to comply with this Order, the Court will dismiss this case without prejudice.

Dated this 10th day of June, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1